USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 09/30/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

PAMELA WILLIAMS, on behalf of herself and all others similarly situated,

             Plaintiffs,

v.

WALKER & CO. BRANDS, INC.

             Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

**Index No.:1:20-cv-4954**

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

**IT IS HEREBY STIPULATED AND AGREED TO** by the Plaintiff and Plaintiff's attorney, that whereas no party hereto is an infant, incompetent person for whom a committee has been appointed or conservatee, and no person not a party has an interest in the subject matter of the action, that the above entitled action against Defendant shall be and hereby is dismissed with prejudice and on the merits, without costs, or disbursements, or attorney's fees to any party pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, and that judgment of dismissal with prejudice may be entered in the above entitled action pursuant hereto.

Dated: September 1, 2020

Respectfully Submitted,

Application GRANTED.  This case is dismissed with prejudice.  The Clerk of Court is respectfully directed to terminate all open motions and to close this case.

SO ORDERED.

*Valerie Caproni* (signature)
09/30/2020

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE

 */s/ David Paul Force*
David Paul Force
**Stein Saks, PLLC**
285 Passaic Street
Hackensack, NJ 07601
dforce@steinsakslegal.com
Tel. 201-282-6500
*Attorneys for Plaintiff*

## Certificate of Service

      I hereby certify that on this date, I electronically filed this Notice of Voluntary Dismissal using the CM/ECF system which will automatically send email notification of such filing to all attorneys of record.

This 1st day of September, 2020        Respectfully Submitted,

                                            */s/ David Paul Force*
                                            David Paul Force, Esq.